**Law Office of Shmuel Klein, PC**
**113 Cedarhill Ave.**
**Mahwah, NJ 07430**
**(201) 529-3411**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

_____x
**In Re:**
**Jerry and Vanessa H. Taylor**                              **Bankruptcy Case # 09-38410**
_____x
**Jerry and Vanessa H. Taylor**
    **Plaintiff,**
    **Vs**                                                              **Adversary Case No. 10-1083**
**Aurora Loan Services**
    **Defendant,**
_____x

## CERTIFICATE OF SERVICE

   I, Shmuel Klein, an attorney admitted to practice in this court affirm under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I am associated with the Law Office of Shmuel Klein located at 113 Cedarhill Ave. Mahwah, NJ 07430 and I served the within a Summons and Complaint of Plaintiff on January 25, 2010, by depositing a true copy thereof Certified Mail in an post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New Jersey, to:

Kahrl Wutsher LLP
4035 Winconsin Avenue, NW
Wisconsin Building
Washington, DC 20016

Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124

                                          ___/s/ Shmuel Klein____
                                          Shmuel Klein