**TOMPKINS, McGUIRE, WACHENFELD & BARRY LLP**
Andrew P. Zacharda, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4070
(973) 622-3000
*Attorneys for Aurora Loan Services LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 09-38410 (KCF) |
| JERRY M. and VANESSA TAYLOR, | CHAPTER 13 |
| Debtors. | |
| JERRY M. and VANESSA TAYLOR, | |
| Plaintiffs, | |
| Vs. | ADV. PROC. NO. 10-1083 |
| AURORA LOAN SERVICES, | Hearing Date: August 25, 2010 |
| Defendant. | |

**NOTICE OF MOTION FOR ENTRY OF SUMMARY JUDGMENT**
**PURSUANT TO FED. R. BANKR. P. 7056**

**PLEASE TAKE NOTICE** that on August 25, 2010, or as soon thereafter as counsel may be heard, defendant Aurora Loan Services LLC ("Aurora") shall move before the Honorable Kathryn C. Ferguson, United States Bankruptcy Judge at the United States Courthouse, 402 East State Street, Trenton, NJ for the entry of summary judgment in Aurora's favor.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, Aurora

shall rely upon the attached certification and brief.  A proposed form of Order is being submitted along with this Motion.


Dated:  August 4, 2010  **TOMPKINS, McGUIRE,**
       Newark, New Jersey  **WACHENFELD & BARRY, LLP**


By:  /s/ Andrew P. Zacharda
    Andrew P. Zacharda, Esq.
    Four Gateway Center
    100 Mulberry Street
    Newark, New Jersey 07102
    Telephone: (973) 622-3000
    Facsimile: (973) 623-7180