UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**TOMPKINS, McGUIRE, WACHENFELD & BARRY LLP**
Andrew P. Zacharda, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4070
(973) 622-3000
*Attorneys for Aurora Loan Services LLC*

| | |
|---|---|
| IN RE:<br><br>JERRY M. and VANESSA TAYLOR,<br><br>Debtors. | CASE NO. 09-38410 (KCF)<br>CHAPTER 13 |
| JERRY M. and VANESSA TAYLOR,<br><br>Plaintiffs,<br><br>Vs.<br><br>AURORA LOAN SERVICES,<br><br>Defendant. | ADV. PROC. 10-1083 |

**ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**Debtor:**                   **JERRY M. and VANESSA TAYLOR**

**Case No.**                **09-38410 (KCF); Adversary Proceeding No. 10-1083**

**Caption of Order:**       **Order Dismissing Adversary Proceeding with Prejudice**

This matter having come before the Court by way of a motion filed by defendant Aurora Loan Services LLC ("Aurora") for entry of summary judgment, and for cause shown, it is hereby

**ORDERED** as follows:

1. Aurora's motion for summary judgment is hereby granted.

2. The above referenced adversary proceeding is hereby dismissed with prejudice.